UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ELIZABETH HARDING WEINSTEIN,

                                  Plaintiff,

   - against -

VILLAGE OF BRIARCLIFF MANOR, *et al.*,

                               Defendants.
-------------------------------------------------------------x

**ORDER**

No. 21-CV-1996 (CS)

Seibel, J.

      Plaintiff's applications dated July 16, 2021, (Doc. 31), July 16, 2021, (Doc. 32), and July 19, 2021, (Doc. 33), are denied. Plaintiff is referred to my March 17, 2021 Order in this case, (Doc. 8), and my July 15, 2021 Order in No. 21-CV-4543, (Doc. 14), which explain that federal courts do not interfere with ongoing state-court proceedings in the circumstances presented here.

      As previously indicated, (*see* Docs. 8, 9, 12, 20, 30), I must determine Plaintiff's competency before proceeding further with the case. I have received records from the Village of Briarcliff Manor Clerk of Court in response to my Order dated April 6, 2021, (Doc. 9), and from St. Vincent's Hospital Westchester in response to my Order dated April 22, 2021, (Doc. 12). I have been advised, in response to my Order dated July 13, 2021, (Doc. 30), that the records system of Family Services of Westchester does not show any records under Plaintiff's name.

      I plan to schedule a competency hearing. Before doing so, however, I will give any party the opportunity to provide any further information relating to competency, to suggest any additional records that ought to be obtained in advance of the hearing, and to identify witnesses

whose testimony might be appropriate at the hearing.[1]  Any party wishing to take that opportunity shall make its submission no later than August 2, 2021.

**SO ORDERED.**

Dated: July 20, 2021
       White Plains, New York

                                                        _____
                                                        CATHY SEIBEL, U.S.D.J.

---

[1] The Court is aware from Plaintiff's submissions that her therapist is Elizabeth Bussain, and will issue an Order for Ms. Bussain's records today.