UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
ELIZABETH HARDING WEINSTEIN,

                                  Plaintiff,

    - against -

VILLAGE OF BRIARCLIFF MANOR, *et al.*,

                              Defendants.
-----------------------------------------------------------------x

**ORDER**

No. 21-CV-1996 (CS)

Seibel, J.

       WHEREAS Plaintiff Elizabeth Harding Weinstein's submissions in this matter have raised the issue of her competency by, among other things, challenging a commitment order allegedly issued by Village Justice Howard T. Code on March 9, 2021, (*see* Doc. 5), and her alleged involuntary commitment at St. Vincent's Hospital Westchester from March 9, 2021 to April 2, 2021, (*see id.*; Doc. 6; Doc. 10 ¶¶ 33-38, 50); and

       WHEREAS the Court finds it appropriate given the circumstances to conduct an inquiry into Plaintiff's competency and whether it would be appropriate to appoint a guardian *ad litem* pursuant to Federal Rule of Civil Procedure 17(c), *see Lewis v. Newburgh Hous. Auth.*, 692 F. App'x 673, 674-75 (2d Cir. 2017) (summary order), *as amended* (July 6, 2017), or take other appropriate measures; and

       WHEREAS Plaintiff's appeals from the Court's previous orders seeking information regarding competency have been dismissed by the Second Circuit, *see* Order, *Weinstein v. Village of Briarcliff Manor*, No. 21-1099 (2d Cir. July 8, 2021), ECF No. 58; Order, *Weinstein v. Village of Briarcliff Manor*, No. 21-1127 (2d Cir. July 8, 2021), ECF No. 43 Order, *Weinstein v. Village of Briarcliff Manor*, No. 21-1127 (2d Cir. July 14, 2021), ECF No. 49; and

WHEREAS the Court finds that Plaintiff's psychotherapy records from Elizabeth Bussian, LCSW are needed to aid in the Court's required determination of Plaintiff's competency, and therefore "the interests of justice significantly outweigh the need for confidentiality," N.Y. Mental Hyg. Law § 33.13(c)(1); and

WHEREAS a health care provider may disclose protected health information in the course of a judicial proceeding in response to a court order, *see* 45 C.F.R. 164.512(e)(1)(i); and

WHEREAS to the extent that the Court seeks these documents for *in camera* review, their confidentiality shall be maintained; and

WHEREAS the Court sent via UPS a copy of its July 22 Order, (Doc. 34), to Elizabeth Bussian[1] at the address listed on her April 16, 2021 letter regarding Ms. Weinstein – 180 S. Broadway, Ste. 301, White Plains, NY 10605, (Doc. 33 at 6) – and that mailing was returned by UPS with the comment "REASON FOR RETURN: COMPANY OR PERSON UNKNOWN, NOT DELIVERED" (Exhibit 1, attached); and

WHEREAS Ms. Bussian's June 20, 2021 letter regarding Ms. Weinstein lists Ms. Bussian's address as 180 S. Broadway, Ste. 207, White Plains, NY 10605, (Doc. 33 at 5); and

WHEREAS the Court will send this Order to that address,

IT IS HEREBY ORDERED that Elizabeth Bussian shall, no later than July 30, 2021, submit to the Court for *in camera* review any and all mental health records relating to Plaintiff Elizabeth Harding Weinstein for the period March 9, 2021 to the present.

---

[1] The Court notes the typographical error in its July 20 Order and mailing misspelling Ms. Bussian's last name as "Bussain" (Exhibit 1, attached).  For the avoidance of doubt, both this order and the Court's Order of July 20, 2021 (Doc. 34) are directed to Elizabeth Bussian.

The records shall be delivered directly to my chambers via mail, fax, or personal delivery at the Hon. Charles L. Brieant Jr. Federal Building and U.S. Courthouse, 300 Quarropas Street, White Plains, New York 10601.

**SO ORDERED.**

Dated: July 23, 2021
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.

# Exhibit 1



**UPS Next Day Air** **Saver**

# Shipping Document

See instructions on back. Visit UPS.com* or call 1-800-PICK-UPS* (800-742-5877) for additional information and Tariff/Terms and Conditions.

**TRACKING NUMBER** 1Z A74 Y45 23 1002 381 1

**SHIPMENT FROM**

SHIPPER'S UPS ACCOUNT NO. A 74 Y 45

REFERENCE NUMBER 21 CV 1996

NAME ▮▮▮▮▮▮▮ TELEPHONE ▮▮▮▮▮▮▮

COMPANY
U.S.D.C. - S.D.N.Y.   Room 633

STREET ADDRESS
300 QUARROPAS STREET

CITY AND STATE WHITE PLAINS   ZIP CODE NY 10601

**EXTREMELY URGENT DELIVERY TO**

NAME Elizabeth Bussini   TELEPHONE
LCSW

COMPANY

STREET ADDRESS 180 South Broadway Suite 301   DEPT./FLR.

CITY AND STATE White Plains, NY   ZIP CODE 10605

**3** WEIGHT | LTR ✓ | WEIGHT | DIMENSIONAL WEIGHT If Applicable | LARGE PACKAGE

**4** SHIPPER RELEASE

CHARGES

**5** NEXT DAY AIR SAVER CHARGE $

**6** OPTIONAL SERVICES
- SATURDAY PICKUP — See Instructions $
- DECLARED VALUE FOR CARRIAGE For declared value over $100, see instructions. AMOUNT $
- C.O.D. T.C.O.D. enter amount to be collected and attach completed UPS C.O.D. tag to package. AMOUNT $

**7** ADDITIONAL HANDLING CHARGE — An Additional Handling Charge applies for certain items. See Instructions.

TOTAL CHARGES $

**8** METHOD OF PAYMENT
- BILL SHIPPER'S ACCOUNT NUMBER (In Section 1) ✗
- BILL RECEIVER
- BILL THIRD PARTY
- CREDIT CARD | American Express Diner's Club MasterCard Visa
- CHECK

(Record Account No. in Section 9)

**9** RECEIVER'S/THIRD PARTY'S UPS ACCT. NO. OR MAJOR CREDIT CARD NO. | EXPIRATION DATE

THIRD PARTY'S COMPANY NAME AND ADDRESS

STREET ADDRESS

CITY AND STATE | ZIP CODE

Shipper authorizes UPS to act as forwarding agent for import control and customs purposes. Shipper certifies that above commodities, technology or software, if exported from the United States, were exported in compliance with the United Administration Regulations. Diversion contrary to law is prohibited.

**10** SHIPPER'S SIGNATURE ✗ ▮▮▮▮▮▮▮   DATE OF SHIPMENT 01/20/21

All shipments are subject to ▮▮▮▮▮▮▮ of UPS ▮▮▮▮ Terms and Conditions of Service, which are available at UPS.com and local UPS offices.

0201952542609 6/12 RRD

SHIPPER'S COPY

This form not needed with UPS Internet Shipping at UPS.com