UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------x
ELIZABETH HARDING WEINSTEIN,

                          Plaintiff,                         **ORDER**

        -against-                              No. 21-CV-1996 (CS)

VILLAGE OF BRIARCLIFF MANOR, *et al.*,

                          Defendants.
---------------------------------------------------------------x

ELIZABETH HARDING WEINSTEIN,

                          Plaintiff,

        -against-                              No. 21-CV-4543 (CS)

JUDGE ROBERT J. MILLER, *et al.*,

                          Defendants.
---------------------------------------------------------------x

Seibel, J.

        On August 18, 2021, Plaintiff docketed[1] in No. 21-CV-1996 a notation that read, "Appeal Fee Payment: for 45 Notice of Appeal,. Filing fee $ 505.00." Docket Entry 45 is a Notice of Appeal for a different case, No. 21-CV-4543. That same Notice of Appeal is docketed as ECF No. 15 in No. 21-CV-4543.

        The August 18, 2021 entry in No. 21-CV-1996 is of no effect both because it does not reference any receipt showing that any payment was in fact made, and because there is no fee owing in that case. If, as it seems, Plaintiff meant to document the payment of the fee for her

---

        [1] Plaintiff has permission for electronic case filing in No. 21-CV-1996. (ECF No. 15.)

appeal in No. 21-CV-4543,[2] she must make the payment and submit the receipt for docketing in that case.  After she makes the payment, she may submit the receipt for docketing to Temporary_Pro_Se_Filings@nsyd.uscourts.gov.  She should follow the instructions on the Court's website for temporary electronic *pro se* filing.

Plaintiff may not file in No. 21-CV-1996 documents relating to No. 21-CV-4543.  If she persists in doing so, her electronic filing privileges in No. 21-CV-1996 may be revoked.

The Clerk of Court is respectfully directed to docket this Order in both of the above-captioned cases.

**SO ORDERED.**

Dated: September 15, 2021
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.

---

[2] Plaintiff does not have permission for electronic case filing in No. 21-CV-4543.  (ECF No. 9.)