UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x
ELIZABETH HARDING WEINSTEIN,

                        Plaintiff,                  **ORDER**

     - against -                           No. 21-CV-1996 (CS)

VILLAGE OF BRIARCLIFF MANOR, *et al.*,

                        Defendants.
------------------------------------------------------------x

Seibel, J.

     WHEREAS Plaintiff has raised the issue of her competency in this matter by, among other things, challenging a commitment order allegedly issued by Village Justice Howard T. Code on March 9, 2021, (*see* Doc. 5);

     WHEREAS the Court finds it appropriate given the circumstances to conduct an inquiry into Plaintiff's competency and whether it would be appropriate to appoint a guardian *ad litem* pursuant to Federal Rule of Civil Procedure 17(c), *see Lewis v. Newburgh Hous. Auth.*, 692 F. App'x 673, 674-75 (2d Cir. 2017) (summary order), *as amended* (July 6, 2017), or take other appropriate measures;

     WHEREAS the Court is informed that a proceeding under New York Mental Hygiene Law Article 81 was held in New York State Supreme Court, Westchester County, before the Honorable Justice Janet C. Malone under docket number 31053/2021, and that a Judgment (docket entry 163) was rendered on or about August 9, 2021; and

     WHEREAS that Judgment is sealed and not publicly available, but would be useful to this Court and further the interests of judicial economy,

IT IS HEREBY ORDERED that the Clerk of Court of the New York State Supreme Court, Westchester County, shall, no later than October 5, 2021, submit to my Chambers (Room 633, U.S. Courthouse, 300 Quarropas Street, White Plains, NY 10601) copies of Justice Malone's Judgment and findings, and the transcripts of the hearing if available, along with a letter explaining which records, if any, are public.

The Court will serve this Order on Plaintiff via ECF and on the Clerk of Court of the New York State Supreme Court, Westchester County via U.S. Mail.

**SO ORDERED.**

Dated: September 28, 2021
       White Plains, New York

                                                       */s/ Cathy Seibel*
                                                   CATHY SEIBEL, U.S.D.J.