UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ELIZABETH HARDING WEINSTEIN,

                              Plaintiff,

    - against -

VILLAGE OF BRIARCLIFF MANOR, *et al.*,

                             Defendants.
-------------------------------------------------------------x
ELIZABETH HARDING WEINSTEIN,

                              Plaintiff,

    - against -

JUDGE ROBERT J. MILLER, *et al.*,

                             Defendants.
-------------------------------------------------------------x

**ORDER**

Nos. 21-CV-1996 (CS),
21-CV-4543 (CS)

Seibel, J.

    WHEREAS the Court is informed that Plaintiff was adjudicated incapacitated in a guardianship proceeding pursuant to New York Mental Hygiene Law article 81 in New York State Supreme Court, Westchester County, before the Honorable Justice Janet C. Malone;

    WHEREAS the Court is further informed that a Guardian of the Property, Kenneth L. Bunting, Esq., was appointed in the article 81 proceeding with the authority to, among other things, prosecute, discontinue, defend, settle, and compromise civil actions on behalf of Plaintiff;

    WHEREAS Plaintiff has commenced the two above-captioned civil actions in this Court; and

    WHEREAS case number 21-CV-1996 remains pending before this Court and case number 21-CV-4543 has been dismissed without prejudice,

IT IS HEREBY ORDERED that Kenneth L. Bunting, Esq., on Plaintiff's behalf, shall advise the Court no later than October 29, 2021, (1) whether he intends to pursue the claims in case number 21-CV-1996, and (2) whether he objects to dismissal of case number 21-CV-4543 with prejudice.

The Court will serve this Order on Plaintiff via ECF and on Mr. Bunting via U.S. Mail and email. The Clerk is respectfully directed to docket this Order in both of the above-captioned cases.

**SO ORDERED.**

Dated: October 15, 2021
       White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.