**Elizabeth Harding Weinstein**
Rendered Homeless as Per Lewis Lubell, judge;
CT Address Confidential from my Abuser
Please direct all communication to:
Lizharding1@mac.com; 646-261-7685

October 18, 2021

Cathy Seibel, Judge
United States District Court, NYSD
300 Quarropas Street White Plains NY 10601
(914) 390-4000

Case: 7-21-CV-01996-CS; 7-21-CV-04543-CS
RE:  *Seibel October 15, 2021 Order Colluding with Defendants*

Ms. Seibel:

For judicial economy, I submit this singular reply to your singular Order which references both cases 01996 and 04543.  Case 7-21-CV-04543 is no longer before you and you have no jurisdiction.  However, in your delusions of despotic rule you issue "Orders" in a closed case.  You also slyly shift between dismissal "without prejudice" and dismissal "with prejudice" in the closed case.  It is clear you use the court as a weapon against me, you deny me and my children due process, and deny me my rights to access to the court via electronic filing to obstruct justice.

**I respectfully demand you vacate your Orders issued on October 15, 2021, allow me electronic filing in case 04543 to remove obstacles to justice as electronic filing is necessary in the closed case to the appeals process, and allow me immediate virtual access to the court to have a preliminary conference on case 01996 on the well-founded claims of false arrest and false imprisonment by state actors Briarcliff Manor Police at the petition of employees of the Village of Briarcliff Manor, NY, who, upon information and belief, were assisting Pedophile Weinstein with his torture of me for exposing his pedophilia. https://www.dropbox.com/s/5025wfuzo2j2isj/2021.01.04.ARRESTNOMASK.soundon.MP4?dl=0**

**In the alternative, I respectfully demand you correct your misrepresentations of "with prejudice" issue a stay on your Order, and allow me virtual access to the court to be heard on the matter, and on the nefarious illegal representation of "Bunting" whose services you willfully employ.**

The appointment of Mr. Kenneth Bunting, which you reference, is unlawful and egregious on its face as my competency is self-evident, I no longer reside in New York nor did I at any time during the case, Judge Malone lacked jurisdiction and made a tacit admission of such in June 2021. Mr. Bunting's unlawful appointment is highly contested, and is in the appeals process. Mr. Bunting has never complied with lawful practice and is a tool of expediency by pedophile Brian Stryker Weinstein to advance Pedophile Weinstein's severe domestic violence, coercive control, kidnapping and torture of me and my children. (*See* attached conference, to which I was denied access.) Mr. Bunting violates the Rules of Professional Conduct, and Bunting's legal and ethical obligations. Even if Mr. Bunting was appointed lawfully, which he was not, Mr. Bunting never submitted an Order of Appearance and Bond with E&O Insurance showing he can account for his malpractice and malfeasance, and thus his appointment is without effect.

Your *ex parte* communications regarding a sealed case, use of illegal representation Kenneth Bunting to assist you to "dismiss" my well-founded cases is further evidence of your collusion with defendants in this case. Don't you think you have given us enough evidence of your unlawful practice?

I pray you turn to lawful practice, stop denying me due process and stop torturing me and my innocent children.

GOVERN YOURSELF ACCORDINGLY,

Elizabeth Harding Weinstein, *Pro Se*
*An Indisputable Good & Protective Mother*

*ATTACH*:

1. Brian Stryker Weinstein (BSW) acknowledges pedophilia and agrees to stay away from children
2. Affirmation of BSW domestic violence and no psychiatric concerns of Plaintiff.
3. Seibel October 15, 2021 Order
4. Ex Parte Conference Attended by Bunting where Bunting Threatens Elizabeth Harding Weinstein and children








**Elizabeth Bussian, LCSW**
**PSYCHOTHERAPY**
180 S. Broadway, Suite 207
White Plains, NY 10605
(914) 356-1988

---

Re:    Elizabeth Weinstein
Date:  6/20/21
Re:    Mental Competency Status

To whom it may concern:

I am writing on behalf of my patient Elizabeth Weinstein in regards to the question of her competency. I have worked in the field of trauma therapy in both the setting of the Westchester District Attorney's office (10years) and private practice (18 years). Trauma therapy is provided through CBT (Cognitive Behavior Therapy) and EMDR (Eye Movement Desensitization and Reprocessing) techniques.

Elizabeth started therapy with my office in 2013 after an assault reported to the Office of the District Attorney of Westchester's office. She participated in weekly sessions to work through symptoms of PTSD (Post Traumatic Stress Disorder) and a history of abuse in childhood. Through therapy she revealed that she was also experiencing emotional abuse in her relationship. Elizabeth has successfully been working through treatment with CBT (Cognitive Behavior Therapy) to learn how to manage past trauma.

During Elizabeth's therapy journey it was revealed that her relationship has been emotionally draining over the years. She has shared examples of being the victim of gaslighting (manipulation by psychological means to make victim question their own sanity) and narcissistic abuse from her husband. This type of abuse is hard to recognize on the outside as it typically occurs under the veil of what seems like a "typical" and healthy relationship. The abuse is slow and systematic and is often coupled with many honeymoon periods that draw the victim back in to the relationship. Over time this type of abuse drains the victim of any sense of safety or power in the relationship. Elizabeth has been working hard to cope with the effects of this type of manipulation and forge her own independence.

In my observations of past and current therapy Elizabeth presents connected and aware of her emotions. I have no psychiatric concerns about Elizabeth and do not require a psychiatric evaluation. Elizabeth is alert, engaged and appropriately responsive in session.

Also, I have no question about Elizabeth's competency to manage her own affairs and her ability to reassume the role of a custodial parent to her three children. Please note that in order to be found mentally incompetent a patient must exhibit the inability to make or carry out important decisions regarding his or her affairs. An individual is defined as mentally incompetent if he/she is manifestly psychotic or otherwise of unsound mind, either consistently or sporadically, by reason of mental defect. In the time I have been working with Elizabeth, I have not witnessed any behavior that would warrant mental incompetency.

Please let me know if you need any additional information.

Sincerely,
*Elizabeth Bussian*
Elizabeth Bussian, LCSW

Elizabeth Bussian, LCSW<br>
PSYCHOTHERAPY<br>
180 S. Broadway, Suite 301<br>
White Plains, NY 10605<br>
(914) 356-1988

Re: Elizabeth Harding Weinstein

Date: 4/16/21/21

To whom it may concern:

My name is Elizabeth Bussian and I am writing on behalf of my patient Elizabeth Harding Weinstein in regards to her participation in therapy in my practice. I have worked in the field of trauma therapy in both the setting of the Westchester District Attorney's office (10years) and private practice (18 years). Trauma therapy is provided through CBT (Cognitive Behavior Therapy) and EMDR (Eye Movement Desensitization and Reprocessing) techniques.

Elizabeth started therapy with my office in 2013 after an assault reported to the Office of the District Attorney of Westchester's office. She has continued to participate in sessions to work through symptoms of PTSD (Post Traumatic Stress Disorder) and a history of abuse in childhood. Through therapy she revealed that she was also experiencing emotional abuse in her current relationship. Elizabeth has successfully been working through treatment with CBT (Cognitive Behavior Therapy) to learn how to manages past trauma and use coping techniques to be released from her past.

During Elizabeth's therapy journey it also came to light that her relationship has been emotionally draining over the years. She has shared examples of being the victim of gaslighting (manipulation by psychological means to make victim question their own sanity) and narcissistic abuse from her husband. This type of abuse is hard to recognize on the outside as it typically occurs under the veil of what seems like a "typical" and healthy relationship. The abuse is slow and systematic and is often coupled with many honeymoon periods that draw the victim back in to the relationship. Over time this type of abuse drains the victim of any sense of safety or power in the relationship. Elizabeth continues to work hard to cope with the effects of this type of manipulation and forge her own independence.

In my observations of past and current therapy with Elizabeth she presents connected and aware of her emotions. Elizabeth has not exhibited any signs of being a danger to herself or others at any time during her sessions with my office. I have no psychiatric concerns about Elizabeth and have never observed behavior that warranted a psychiatric evaluation. Elizabeth is alert, engaged and appropriately responsive in session. She will be continuing therapy sessions with my office to work through current stressors.

Please let me know if you need any additional information.

Sincerely,

Elizabeth Bussian, LCSW

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
ELIZABETH HARDING WEINSTEIN,

                              Plaintiff,

    - against -

VILLAGE OF BRIARCLIFF MANOR, *et al.*,

                             Defendants.
-------------------------------------------------------------x
ELIZABETH HARDING WEINSTEIN,

                              Plaintiff,

    - against -

JUDGE ROBERT J. MILLER, *et al.*,

                             Defendants.
-------------------------------------------------------------x

**ORDER**

Nos. 21-CV-1996 (CS),
21-CV-4543 (CS)

Seibel, J.

    WHEREAS the Court is informed that Plaintiff was adjudicated incapacitated in a guardianship proceeding pursuant to New York Mental Hygiene Law article 81 in New York State Supreme Court, Westchester County, before the Honorable Justice Janet C. Malone;

    WHEREAS the Court is further informed that a Guardian of the Property, Kenneth L. Bunting, Esq., was appointed in the article 81 proceeding with the authority to, among other things, prosecute, discontinue, defend, settle, and compromise civil actions on behalf of Plaintiff;

    WHEREAS Plaintiff has commenced the two above-captioned civil actions in this Court; and

    WHEREAS case number 21-CV-1996 remains pending before this Court and case number 21-CV-4543 has been dismissed without prejudice,

IT IS HEREBY ORDERED that Kenneth L. Bunting, Esq., on Plaintiff's behalf, shall advise the Court no later than October 29, 2021, (1) whether he intends to pursue the claims in case number 21-CV-1996, and (2) whether he objects to dismissal of case number 21-CV-4543 with prejudice.

The Court will serve this Order on Plaintiff via ECF and on Mr. Bunting via U.S. Mail and email. The Clerk is respectfully directed to docket this Order in both of the above-captioned cases.

**SO ORDERED.**

Dated: October 15, 2021
      White Plains, New York

_____
CATHY SEIBEL, U.S.D.J.